**Order filed August 18, 2011.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-11-00338-CV
NO. 14-11-00350-CV

_____

**ROSE B. GARCIA, INDEPENDENT ADMINISTRATRIX OF THE ESTATE OF RICHARD S. BARBOZA, DECEASED, Appellant**

**V.**

**IRMA G. GALVAN, Appellee**

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2009-58820**

---

## O R D E R

Appellant's brief was due July 29, 2011. No brief or motion for extension of time has been filed.

Unless appellant submits a brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **September 12, 2011**, the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM